| | |
|---|---|
| | O |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALGADO VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>Respondent. | Case No. 2:17-cv-05940-R-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 24, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE