JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALGADO VASQUEZ, | Case No. 2:17-cv-05940-R-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 24, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE